**IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY**

| | | |
|---|---|---|
| **Keisha Mammen,** | * | Case No. _____ |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | |
| | * | **ORIGINAL NOTICE** |
| **IOWA DEPARTMENT OF HEALTH AND** | * | |
| **HUMAN SERVICES, and MATTHEW** | * | |
| **BOOTHBY, Individually and in his Official** | * | |
| **Capacities** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

TO THE ABOVE-NAMED DEFENDANT:

You are hereby notified that there is now on file in the office of the Clerk of the above court a Petition in the above-entitled action, a copy of which is attached hereto (along with copies of any documents filed with it). The Plaintiff's attorneys are Melissa C. Hasso and Emily E. Wilson of the law firm of Sherinian, Hasso, and Wilson Law Firm, whose address is 111 E. Grand Ave., Suite 212, Des Moines, Iowa 50309, and whose phone number is 515-224-2079.

This case has been filed in a county that utilizes electronic filing.  General rules and information on electronic filing are contained in Iowa Court Rules Chapter 16.  Information regarding requirements related to the protection of personal information in court filings is contained in Iowa Court Rules Chapter 16, Division VI.  You must serve a motion or answer within 20 days after service of this Original Notice upon you by using the Iowa Judicial Branch Electronic Document Management System (EDMS) at www.iowacourts.state.ia.us/efile, unless you obtain from the court an exemption from electronic filing requirements.  If you do not file your appearance, motion or answer within 20 days from the date you are served with this Original Notice, judgment by default will be rendered against you for the relief demanded in the application.

Polk County Clerk of Court
110 6th Ave.
Des Moines, IA 50309
(515) 286-3772

NOTE: YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA Coordinator at 515-286-3394 (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

**Exhibit 1**

E-FILED  2024 AUG 15 1:52 PM POLK - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

*Case No.*  **LACL159705**

*County*  **Polk**

*Case Title*  MAMMEN VS. IOWA DHHS AND MATTHEW BOOTHBY

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

---

*Scheduled Hearing:*

---

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 561-5818** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

*Date Issued*  **08/15/2024 01:52:29 PM**



*District Clerk of Court or/by Clerk's Designee of* Polk  *County*

**/s/ Kris Patrick**

**Exhibit 1**

E-FILED  2024 AUG 14 5:10 PM POLK - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

|  |  |  |
|---|---|---|
| | * | |
| **KEISHA MAMMEN,** | * | Case No. _____ |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | **PETITION AT LAW** |
| **IOWA DEPARTMENT OF** | * | **& JURY DEMAND** |
| **HEALTH AND HUMAN SERVICES,** | * | |
| **and MATTHEW BOOTHBY, Individually** | * | |
| **and in his Official Capacities,** | * | |
| | * | |
| Defendants. | * | |
| | * | |

**COMES NOW** the Plaintiff, Keisha Mammen, by and through her undersigned counsel, and for her cause of action against Defendants Iowa Department of Health and Human Services and Matthew Boothby, Individually and in his Official Capacities, states as follows:

### PARTIES, VENUE & JURISDICTION

1. Plaintiff Keisha Mammen ("Mammen") is a citizen and resident of Paullina, O'Brien County, Iowa.

2. Defendant Iowa Department of Health and Human Services ("DHHS") is an agency and subdivision of the State of Iowa with its headquarters located in Des Moines, Polk County, Iowa.

3. Upon information and belief, Defendant Matthew Boothby ("Boothby") is and was at all times material hereto a citizen and resident of Cherokee, Cherokee County, Iowa.

**Exhibit 1**

E-FILED  2024 AUG 14 5:10 PM POLK - CLERK OF DISTRICT COURT

4.     The amount in controversy exceeds the jurisdictional requirements of the Iowa

District Court in and for Polk County.

## CONDITIONS PRECEDENT

5.      Within 300 days of the date of the last act of discrimination, Mammen filed a

charge of discrimination against Defendants with the Iowa Civil Rights Commission.  A

copy of said charge is attached hereto as Exhibit A and its contents are incorporated as

if fully set forth herein.

6.     On February 23, 2024 Mammen filed an Amendment to her Iowa Civil Rights

Complaint.  A copy of said Amendment is attached hereto as Exhibit B and its contents

are incorporated as if fully set forth herein.

7.     On May 17, 2024 the Iowa Civil Rights Commission issued an Administrative

Release (letter of right-to-sue) to Mammen, a copy of which is attached hereto as

Exhibit C.

8.     Mammen has complied with all conditions precedent to the filing of this cause

of action.

## FACTS COMMON TO ALL COUNTS

9.     Mammen repleads the allegations above as if fully set forth herein.

10.     Mammen has been employed by DHHS at its Civil Commitment Unit for Sexual

Offenders in Cherokee Iowa since July 2020.

11.     DHHS first hired Mammen as a Psychiatric Security Specialist ("PSS").  DHHS

promoted Mammen to the position of Treatment Program Supervisor ("TPS") in May

2021.  Mammen currently holds the TPS position.

Exhibit 1

E-FILED 2024 AUG 14 5:10 PM POLK - CLERK OF DISTRICT COURT

12.     Defendant Boothby, male, is Mammen's supervisor.

13.     Boothby also supervises the other seven TPS employees, all of whom are male.

14.     Mammen is the only female in the TPS department.

15.     Mammen's service at DHHS is exemplary.   She has consistently received "exceeds expectations" in her performance reviews as both a PSS and a TPS and has received no corrective actions or disciplinary actions during her employment with DHHS.

16.     Mammen has received awards in recognition of her exemplary service in her employment with DHHS.

**COUNT I**
**Sex Discrimination in Violation of the Iowa Civil Rights Act**
**Iowa Code Chapter 216**
**Failure to Promote**
**(Mammen v. DHHS and Boothby)**

17.     Mammen repleads the allegations above as if fully set forth herein.

18.     On October 23, 2023 Mammen applied for an open Public Service Supervisor ("PSS") position.

19.     The PSS position would be a promotion for Mammen.

20.     Mammen met all qualifications for the PSS position.

21.     Boothby made the ultimate decision as to which candidates would be interviewed for the position.

22.     Despite being qualified for the PSS position, Mammen was not granted an interview.

23.     Defendants interviewed four candidates for the PSS position, all of whom were male.

3

**Exhibit 1**

E-FILED  2024 AUG 14 5:10 PM POLK - CLERK OF DISTRICT COURT

24.     Defendants hired a male to fill the PSS position.

25.     Mammen's qualifications for the PSS position were equal to or greater than those of the males Defendants interviewed and of the male whom Defendants hired to fill the position.

26.     Defendants violated the Iowa Civil Rights Act by denying Mammen the opportunity to interview for the PSS position because of her sex and for failing to promote her because of her sex.

27.     As a proximate cause of Defendants' illegal actions, Mammen has been damaged.

    **WHEREFORE** the Plaintiff, Keisha Mammen, respectfully prays that this Court enter judgment against the Defendants and award her damages, including damages for emotional distress, mental anguish, compensatory relief, reasonable attorney fees, court costs, with interest as provided by law, and such other and further relief as the Court deems just and equitable.

**COUNT II**
**Sex Discrimination in Violation of the Iowa Civil Rights Act**
**Iowa Code Chapter 216**
**Harassment**
**(Mammen v. DHHS and Boothby)**

28.     Mammen repleads the allegations above as if fully set forth herein.

29.     Mammen has been subjected to sexually harassing conduct by her male colleagues at DHHS.

30.     Mammen has been subjected to other discriminatory treatment at DHHS because of her sex.

4

**Exhibit 1**

E-FILED 2024 AUG 14 5:10 PM POLK - CLERK OF DISTRICT COURT

31.     The sexually discriminatory and harassing conduct to which Mammen has been subjected at DHHS has negatively affected the terms and conditions of her employment.

32.     Defendants' conduct is in violation of the Iowa Civil Rights Act, Iowa Code Chapter 216.

**WHEREFORE** the Plaintiff, Keisha Mammen, respectfully prays that this Court enter judgment against the Defendants and award damages, including damages for emotional distress, mental anguish, compensatory relief, reasonable attorney fees, court costs, with interest as provided by law, and such other and further relief as the Court deems just and equitable.

**COUNT III**
**Sex Discrimination in Violation of the Iowa Civil Rights Act**
**Iowa Code Chapter 216**
**Unequal Pay**
**(Mammen v. DHHS and Boothby)**

33.     Mammen repleads the allegations above as if fully set forth herein.

34.     Mammen's TPS position and the TPS positions held by Mammen's male co-workers require substantially equal skill, effort, and responsibility.

35.     Mammen and her male TPS male co-workers perform their positions under similar working conditions.

36.     Defendants have paid and continue to pay Mammen, a female, a lower wage than one or more of her male TPS co-workers who perform for substantially equal work under similar working conditions.

5

Exhibit 1

E-FILED  2024 AUG 14 5:10 PM POLK - CLERK OF DISTRICT COURT

37.     Defendants' failure to pay Mammen equal wages because of her sex violates the Iowa Civil Right Act Section 216.6.

38.     Defendants' failure to pay Mammen equal wages because of her sex violates the Iowa Civil Right Act Section 216.6A.

39.     Defendants' failure to pay Mammen equal wages because of her sex is willful.

40.     As a proximate cause of the Defendants' unlawful conduct, Mammen has been damaged.

**WHEREFORE** the Plaintiff, Keisha Mammen, respectfully prays that this Court enter judgment against the Defendants and award damages, including damages for emotional distress, mental anguish, compensatory relief, an amount equal to three times the wage differential paid to a male employee comparable to Mammen for the period of time for which Mammen has been discriminated against, reasonable attorney fees, court costs, with interest as provided by law, and such other and further relief as the Court deems just and equitable.

<u>**COUNT IV**</u>
**Violation of the Equal Pay Act**
**29 U.S.C. §206(d)(1)**
**(Mammen v. DHHS and Boothby)**

41.     Mammen repleads the allegations above as if fully set forth herein.

42.     Defendant's failure to pay Mammen equal wages because of her sex violates the Equal Pay Act.

43.     Defendant's violation of the Equal Pay Act was willful, and therefore Mammen  is entitled to liquidated damages.

6

Exhibit 1

E-FILED  2024 AUG 14 5:10 PM POLK - CLERK OF DISTRICT COURT

**WHEREFORE** the Plaintiff, Keisha Mammen, respectfully prays that this Court enter judgment against the Defendants and award damages, award her damages, including lost wages, liquidated damages, equitable relief, reasonable attorney fees, expenses, court costs, with interest as provided by law, and such other and further relief as the Court deems just and equitable.

### JURY DEMAND

Mammen Plaintiff hereby demands a jury trial.

Respectfully Submitted,

By: /s/ Melissa C. Hasso
Melissa C. Hasso  AT0009833
By: /s/ Emily E. Wilson
Emily E. Wilson AT0013860
SHERINIAN, HASSO & WILSON LAW FIRM
111 E. Grand. Ave. Suite 212
Des Moines, IA 50309
Telephone (515) 224-2079
Facsimile  (515) 224-2321
E-mail: mhasso@sherinianlaw.com
E-mail: ewilson@sherinianlaw.com
ATTORNEYS FOR PLAINTIFF

7

Exhibit 1

E-FILED  2024 AUG 14 5:10 PM POLK - CLERK OF DISTRICT COURT

# IOWA CIVIL RIGHTS COMMISSION COMPLAINT FORM

515-281-4121 / 800-457-4416 / Fax: 515-242-5840 / https://icrc.iowa.gov

| (AGENCY USE ONLY) | |
|---|---|
| ICRC CP# 01-24-81259 | **Iowa Civil Rights Commission** |
| Local Commission# | 400 East 14th Street |
| EEOC# 26A-2024-00390 | Des Moines, Iowa 50319-0201 |

(PLEASE TYPE OR PRINT LEGIBLY)

## SECTION 1 • COMPLAINANT INFORMATION

Your legal name: Krista Michelle Mammen

Your mailing address: P. O. Box 88

City: Paullina    State: IA    Zip Code: 51046

Telephone #: 712-333-3950

Email address: krista.mammen-trkr@gmail.com

Your date of birth: [REDACTED] 1982    Your sex/gender: Female

Have you previously filed this complaint with any other federal, state, or local anti-discrimination agency?   ☐ Yes   ☒ No

If yes, what agency? _____    When? _____

## SECTION 2 • DISCRIMINATION INFORMATION

1. Please indicate the **AREA(S)** in which the discrimination occurred.

   (Employment)          Public Accommodation          Housing
   Education             Credit                        Retaliation

2. Please indicate the **ACTION(S)** that the organization took against you.

   Demotion                                    Failure to Train
   Denied Accommodation or Modification        Forced to Quit/Retire
   Denied Benefits                             (Harassment)
   Denied Financial Services/Credit            Layoff
   Denied Service                              Reduced Hours
   Discipline                                  Reduced Pay
   Eviction                                    (Sexual Harassment)
   Failure to Hire                             Suspension
   (Failure to Promote)                        Termination
   Failure to Rent                             Undesirable Assignment/Transfer
   Failure to Recall                           Unequal Pay

   Other: _____

3. Please indicate the **BASIS(ES)** or reasons for the discrimination.

   a. Do you believe you were discriminated against because of your race?   No

   If yes, what is your race? _____

   b. Do you believe you were discriminated against because of your skin color?   No

**EXHIBIT 1**

**Exhibit 1**

If yes, what is your skin color? _No_____

c. Do you believe you were discriminated against because of your national origin? _No____

If yes, what is your national origin? _____

d. Do you believe you were discriminated against because of your sex? _Yes_____

If yes, what is your sex? _Female_____

e. Do you believe you were discriminated against because of your sexual orientation? _No___

If yes, what is your sexual orientation? _____

f. Do you believe you were discriminated against because of your gender identity? _No____

If yes, what gender do you identify as? _____

g. Do you believe you were discriminated against because of a real or perceived disability? _No_

If yes, what is your real or perceived disability? _____

h. Do you believe you were discriminated against because of your religion or creed? _No____

If yes, what is your religion or creed? _____

i. Do you believe you were discriminated against because of your pregnancy or pregnancy - related condition? _No_____

j. If your complaint involves employment or credit, do you believe you were discriminated against because of your age? _No_____

If yes, do you believe you were discriminated because you are older or because you are younger? _____

k. If your complaint involves housing or credit, do you believe you were discriminated against based on your familial status? _No_____

If yes, how many children live with you? _____

l. If your complaint involves credit, do you believe you were discriminated against based on your marital status? _No_____

If yes, what is your marital status? _____

m. Do you believe you were retaliated against because you reported discrimination to someone within the organization, filed a complaint with the ICRC, or participated as a witness in an anti-discrimination agency proceeding? _No_

_____

If yes, what did you report or complain about, and to whom?

_____

_____

_____

State what happened to you as a result of your report or complaint.

_____

_____

_____

**Exhibit 1**

E-FILED  2024 AUG 14 5:10 PM POLK - CLERK OF DISTRICT COURT

4. What was the date (month/day/year) of the MOST RECENT discriminatory incident? (REQUIRED): _November 2023_

5. If Employment is the Area, what is your hire date or application date? _5/2021_

6. Are you still employed by the organization that discriminated against you?  [X] Yes   [ ] No

If no, when did your employment end? _____ (month, day, year)

If no, how did your employment end?

[ ] Terminated          [ ] Voluntary Quit          [ ] Forced to Quit/Retire

## SECTION 3 - RESPONDENT INFORMATION

7. What is the full legal name of the organization that discriminated against you? [This organization will be charged with discrimination and given a copy of your complaint.]

_DHHS - Civil Commitment Unit for Sexual Offenders_

Address: _1251 W. Cedar Loop_

City: _Cherokee_    County: _Cherokee_    State: _IA_

Zip Code: _51017_    Telephone #: (_712_) _225_ - _6943_

8. If the organization listed in #7 has a parent organization or corporate office, list it here. [This organization will also be charged with discrimination and given a copy of your complaint.]

_IA Department of Health and Human Services_

Address: _DAS Office - 1305 E. Walnut_

City: _Des Moines_    State: _IA_

Zip Code: _50319_    Telephone #: (_515_) _242_ - _5120_

9. Provide the address of the location where the discrimination occurred:

_1251 W. Cedar loop, Cherokee, IA 51012_

10. If you are claiming harassment, identify the individual(s) who harassed you.  These individuals will be charged with discrimination and given a copy of your complaint.
*Note: Individuals cannot be named as respondents in complaints in the Area of Education*

Name: _Tony Henderson_    Job Title: _Public Service Supervisor_

Work or Home Address: _1251 W. Cedar loop Cherokee, IA 51017_

Name: _Matthew Boothby_    Job Title: _Director of Operations_

Work or Home Address: _1251 W. Cedar loop, Cherokee, IA 51017_

If more than two individuals, please list by name, job title, and address on an attached piece of paper.

11. If Employment is the Area, indicate approximate number of ALL employees (full-time and part-time) at ALL employer locations nationwide (REQUIRED):

[ ] 4-14    [ ] 15-19    [ ] 20-100    [X] 101-200    [ ] 201-500    [ ] 500+

**Exhibit 1**

## SECTION 4 • BRIEF SUMMARY OF ALLEGATIONS

Please describe what happened to you. State how you were discriminated against. What happened?
When did it happen? Be sure to address each Action you checked on page one and each Basis you
addressed on page two. *[Please read the instruction sheet before writing your brief summary.]* In November
2023, A position a Step 4 Line became available &
was posted. I was qualified per the minimum qualifications,
& was confirmed via email from the State screening
email. I did not hear anything after that email. Approx.
2 weeks later, I observed my direct Supervisor Matthew Boothby
via camera conducting interviews _____ due to my co-workers
having it pulled up on the camera screen in their office. When
I asked my co-workers what they were watching, they advised
that interviews for the Public Service Supervisor position. later
that afternoon, I called my Direct Supervisor Matthew Boothby
(Director of Operations) if I was not going to be permitted an
interview to which he replied, No. I asked why & was told
the ones selected for interviews scored higher than me. I
responded that I did not understand that as I had experience
at the facility with some aspects of the job & all exceeds
evals with no diciplinary. Boothby replied I'm sorry
that is all I can say. It should be noted 2 other female
staff applied, hold Master's Degrees & were not permitted
to interview. It should be noted that Matthew Boothby
conducted the interviews with Adam Benson & Chris J
Tottenberg. It should also be noted that Tony Henderson
was permitted to interview who is also Matthew Boothby's
close friend outside work.      → Please see attached doc.

I certify under penalty of perjury and pursuant to the laws of the State of Iowa and the laws of the
United States of America that the preceding charge is true and correct.

X _____      1/11/24
**Signature of Complainant (REQUIRED)**              **Date**

It is not necessary that you provide any additional documentation at this time. Be aware that any additional
documentation provided with your complaint form will be sent out to all named parties along with this
form. An opportunity to provide additional documentation will be given at a later time if/when the
complaint is accepted by the ICRC.

Page 4 of 4

**Exhibit 1**

It should also be noted that the other male that was permitted to interview for the position was Mike Nixon who is Matthew Boothby's brother in law. I was later approached by Matthew Boothby and Adam Benson in person and advised I did not get the position and that I was a valued employee and do a great job and deterred me from seeking employment elsewhere as there was opportunity for promotion and that my work ethic and contributions were noticed and would be rewarded should I continue. Later, I was commended for resolving a patient legal issue and recommended to supervise the transition unit. It should be noted that this did not create an increase in pay and caused a significant increase in my work load. I must report that in my three and half years at CCUSO I have been scared to report things that should be reported due to Tony Henderson and the culture at CCUSO fearful of retaliation, demotion, and additional verbal abuse. An evident example would be during the summer of 2022, a staff member and patient report that a staff member that we supervise did something to a patient that was against policy. I noted this in the blog and sent an email of said note being entered for it to be reported. I also archived the footage confirming this incident. I further discovered more information and called Tony Henderson for guidance as this was common thing and Tony Henderson offered support stating "call me if you ever need help" and even going as far as to set my number on a special ring so as to not miss my call. Upon calling Tony and advising of the situation and telling Tony I noted it, Tony became hostile yelling/ raising his voice at me stating "you noted that where Cory could see in the blog?!" Followed by "there are other ways to gain respect other than ruining a man's 13 year career". Due to having to work with Tony closely I became apologetic and fearful in hopes to move past and no retaliation would occur and that we would be viewed as equals. It should be noted the patients family reported the incident and DIA conducted an investigation. DIA did not found the complaint. Another occasion a few months later staff reported to me that a female staff member appeared to have boundary issues with a patient. I was then advised and observed via camera that the same female staff was taking a break from her assigned duties to play cards with the patient in question. I noted this. When Tony returned to work he stood in close proximity of my desk "knife handing" (Tony terminology to this physical action as he does it often) me stating that I needed to quit accusing staff of things and that he was going to get her to day shift and be her supervisor and show everyone how great she is, or something very similar to that affect. Later, I discovered this this same female staff was in fact having an inappropriate relationship with that same patient and she ultimately ended up resigning after being placed on administrative leave. It should be noted several direct policy violations were discovered during this incident. It should be noted that Tony often makes side comments I feel that are to berate and belittle me. It should be noted that Tony does not do this to any of the other male TPS and if he does they argue, apologies are made, and they move forward. I have yet to receive an apology from Tony Henderson. It should be noted that Matthew Boothby permits Tony Henderson to do things that he does not permit this witness to do. It should be noted that just last week an employee made a sexual harassment claim to me with Tony present in the room. A few minutes later Boothby comes to proof read Tony's work and I ask Tony what should I do about the employees complaint. Tony Henderson replied "nothing it was months ago you're not doing shit with it". Boothby asked me what happened and after I advised him of the complaint, Boothby stated to me with Tony present "I'm sorry I'm not going to make you sweep that under the rug. You need to file a complaint on behalf of the employee". I did as directed. The next day I was at home completing an online training

**Exhibit 1**

when I was called by Tony Henderson. Tony asked me where a form was I asked him the day prior what to do with to which he advised since I sent it to shred it. I gave Tony my log in information to get said form. Later Tony calls me stating he obtained said form that there would probably be repercussions on me and a fellow supervisor for failing to report a sexual harassment complaint made by said fellow supervisor. I asked Tony how that could be as it was not reported to me initially but to another supervisor and was when said supervisor had not yet been promoted. It should be noted that said supervisor advised he did not feel it was sexual harassment as he reported it in the moment to the on duty supervisor (Bryan Peterson) and it happened again a short while later on the same date. He advised he directly addressed it with the staff and she did not do it again and that he did not want to file a formal complaint but was directed to do so by Tony. It should be noted that said complaint was made on a female staff member who recently reported 2 sexual harassment complaints. It should also be noted that I have witnessed and heard that Tony has made several other female staff cry due to verbal abuse. It was also informed that there have been several recent and past reports made to DAS HRE employee relations and the behavior continues. I would also like noted that even though I was not permitted to interview, it's been often that I am doing duties that fall under the position duties and directed to do so by Tony Henderson. Recently a new male supervisor was hired and requested that I move offices to another office (the same office I've been in for almost 3 yrs) via telling Matthew boothby that I would not move and that the move made sense. I was forced to move into the other office. Tony told me he was told he had to move offices down stairs he refused and was instead given a bigger office on the same floor. I reported today to Matthew Boothby  that on Tuesday the same new supervisor that made the office complaint  sent me a video of him completely nude jumping off a roof into a pool while we were in an investigating employee misconduct online training. Followed by the text "discipline this DAS". This same staff had previously showed me same video before I was promoted when we were equal status when I was in probation status and I was fearful to report as I wanted to promote. When reporting, Matthew Boothby asked me if it was just a random "meme" to which I replied no, it is Jordan Frahm completely naked". The culture I've experienced in the last three years is male dominated where I being the only female supervisor do a majority of the work, am often blamed for things or directed to pick up my male coworkers workload. I have reported on several occasions to my supervisor that my coworkers are not doing their part I'm listened to and it continues. I have had the training specialist Larry Small place his hand on my thigh when I was conducting a BLS training for staff and whisper in my ear. I reported this to Matthew Boothby. I have had the clinical director Clint Frederiksen that recently resigned due to sexual inappropriate conduct with his employees make sexual advances toward me. Said advances started when I had to contact him as he was the scheduled on call. Clint requested my number and the conversation soon turned inappropriate. I was fearful to reject Clint as even though he was not my superior, he held a lot of power as he was close friends with several of my male coworkers and my direct supervisor at the time. I must admit that said conversations included Clint encouraging a sexual relationship and promises of advancement with his support. I did have a sexual affair on two occasions outside of work with Clint and almost ruined my marriage. Clint advised me to never report as it would cost me my job which caused me to be fearful and made sense at the time. My experience at CCUSO leads me to believe that  as the only female supervisor, I am held to a different, harder standard than my fellow male co workers and I am

**Exhibit 1**

E-FILED  2024 AUG 14 5:10 PM POLK - CLERK OF DISTRICT COURT

honestly fearful of Tony and others retaliating once they learn of my complaint. I do have text messages and videos upon request to support my claims.

**Exhibit 1**

E-FILED  2024 AUG 14 5:10 PM POLK - CLERK OF DISTRICT COURT

BEFORE THE IOWA CIVIL RIGHTS COMMISSION

| | |
|---|---|
| Keisha Mammen, | |
| Complainant, | |
| v. | CP# 01-24-81259 |
| | EEOC# 26A-2024-00390 |
| DHHS – Civil Commitment Unit for Sexual Offenders, | |
| Iowa Department of Health and Human Services, | Amendment to Complaint |
| Tony Henderson, and Matthew Boothby, | |
| Respondents. | |

COMES NOW the Complainant, Keisha Mammen, by and through her undersigned counsel, and amends her original complaint as follows:

I am amending my complaint to add Unequal Pay as an "Action" taken against me.  My employer has paid men a higher wage than me for performing the same or substantially similar job duties.

_X_ I also want this charge filed with the EEOC or appropriate Federal Agency.

I will advise the agencies if I change my address or telephone number and will cooperate fully with them in the processing of my charge in accordance with their procedures.

I certify under penalty of perjury and pursuant to the laws of the State of Iowa and the laws of the United States of America that the preceding charge is true and correct.

Date: _Feb. 22, 2024_  Charging Party['s attorney]: _/s/ Melissa C. Hasso____ (Signature)

Verification without notary is authorized by Iowa Code § 622.1 and 28 U.S.C. § 1746.



**Exhibit 1**

E-FILED 2024 AUG 14 5:10 PM POLK - CLERK OF DISTRICT COURT

Administrative Release
(Letter of Right-To-Sue)

| To: | ) | From: |
|---|---|---|
| | ) | |
| KEISHA MAMMEN | ) | Iowa Civil Rights Commission |
| PO BOX 88 | ) | 6200 Park Avenue |
| PAULLINA, IA 51046 | ) | Suite 100 |
| | ) | Des Moines, Iowa 50321-1270 |
| Complaint CP# 01-24-81259     EEOC# 26A-2024-00390 | | |

This is your Administrative Release (Right-To-Sue) Letter issued pursuant to Iowa Code § 216.16 and 161 Iowa Administrative Code Section § 3.10. It is issued pursuant to your request.

The conditions precedent found in 161 Administrative Code § 3.10(2) have been met.

With this Right-To-Sue Letter, you have the right to commence an action in district court. That action must be commenced within ninety (90) days of the Right-To-Sue Letter issuance date, **5/17/2024**. The Right-To-Sue Letter is not a finding by the ICRC on the merits of the charge. The ICRC will take no further action in this matter.

A copy of the Right-To-Sue Letter has been sent to the Respondent(s) as shown below. The Administrative Rules allow any party to a complaint to request a copy of the file when a Right-to-Sue has been issued. The Administrative Rules allow any party to a complaint to request a copy of the file when a Right-to-Sue has been issued. If you or your attorney would like to obtain a copy of the file, please submit your request in writing via regular mail, fax, or email to icrc@iowa.gov. The copy and processing fees are as follows:

- Photocopy of investigative files - .25¢ per page; copies of digital recordings $15.00 per electronic storage device (hard copy); actual cost of postage; search/supervisory fee $26.00 per hour
- Scanned copy of investigative files - $15.00 for first 150-page batch; $10.00 for each 150-page batch thereafter; copies of digital recordings $10.00 per electronic storage device (electronic copy); search/supervisory fee $26.00 per hour

If you opt for an electronic copy, you must provide an email address in order to receive the copy.

The Iowa Civil Rights Commission
Phone: (515) 281-4121
FAX: (515) 242-5840
Email: icrc@iowa.gov

cc: File
    MELISSA HASSO, Complainant's Attorney
    DHHS-CIVIL COMMITMENT UNIT FOR SEXUAL OFFENDERS
    IOWA DEPARTMENT OF HEALTH AND HUMAN SERVICESQ
    DHHS-CIVIL COMMITMENT UNIT FOR SEXUAL OFFENDERS
    DHHS-CIVIL COMMITMENT UNIT FOR SEXUAL OFFENDERS



EXHIBIT

**Exhibit 1**

E-FILED  2024 SEP 19 9:28 AM POLK - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | |
|---|---|
| KEISHA MAMMEN, | Case No: LACL159705 |
| Plaintiff, | |
| v. | Acceptance of Service |
| | of Petition and Original Notice |
| IOWA DEPARTMENT OF HEALTH AND HUMAN SERVICES, and MATTHEW BOOTHBY, Individually and in his Official Capacities, | |
| Defendants. | |

The undersigned hereby accepts service of the Petition and Original Notice in this matter on behalf of all Defendants.

Dated this 18th day of September 2024.

_Signature_

**Jeffrey C. Peterzalek**
**Deputy Attorney General Civil Litigation**
**Office of the Attorney General of Iowa**
1305 E. Walnut St.
Des Moines, Iowa 50319

1

**Exhibit 1**