IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KEISHA MAMMEN,<br><br>    Plaintiff,<br><br>v.<br><br>IOWA DEPARTMENT OF HEALTH AND HUMAN SERVICES and MATTHEW BOOTHBY, Individually and in his Official Capacities,<br><br>    Defendants. | No. 4:24-cv-00357<br><br><br><br>**NOTICE OF SETTLEMENT** |

COME NOW the Parties and hereby advise the Court that they have reached a settlement of this matter. The Parties further state:

1. Plaintiff filed her Petition on August 14, 2024. Document 1-1.

2. On October 7, 2024, Defendants removed this matter to Federal Court. *Id.*

3. Defendants filed their Answer on February 6, 2025. Document 11.

4. The Parties hereby provide notice that they have reached a settlement agreement and have received approval from the State Appeal Board.

5. Upon completion of the Parties' duties, Plaintiff will file with this Court a joint notice of dismissal with prejudice.

Respectfully submitted,

| | |
|---|---|
| By: /s/ Melissa C. Hasso<br>Melissa C. Hasso AT0009833<br>By: /s/ Emily E. Wilson<br>Emily E. Wilson AT0013860<br>HASSO & WILSON LAW FIRM<br>111 E. Grand. Ave. Suite 212<br>Des Moines, IA 50309<br>Telephone (515) 224-2079<br>Facsimile (515) 224-2321<br>E-mail: mhasso@hwlawiowa.com<br>E-mail: ewilson@hwlawiowa.com<br>ATTORNEYS FOR PLAINTIFF | **BRENNA BIRD**<br>Attorney General of Iowa<br><br>*/s/ Nicholas Kilburg*<br>NICHOLAS KILBURG<br>*/s/ Chad D. Brakhahn*<br>CHAD D. BRAKHAHN<br>Assistant Attorneys General<br>Department of Justice<br>Hoover State Office Building, 2nd Floor<br>Des Moines, IA 50319<br>Ph:   (515) 281-7686<br>nicholas.kilburg@ag.iowa.gov<br>chad.brakhahn@ag.iowa.gov<br>ATTORNEYS FOR DEFENDANTS |

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on March 10, 2026:

☐ U.S. Mail          ☐ FAX
☐ Hand Delivery      ☐ Overnight Courier
☐ Federal Express    ☐ Other
☒ ECF System Participant (Electronic Service)

Signature: */s/ Audra Jobst*

---